IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA
MUSKOGEE DIVISION

| | |
|---|---|
| VIRGIL L. BONHAM, JR. § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | C. A. CIV 10-218-FHS |
| BNSF RAILWAY COMPANY, § | |
| § | |
| Defendant. § | |

## STIPULATION FOR DISMISSAL

Plaintiff and Defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii)/

1. VIRGIL L. BONHAM, JR. is Plaintiff. BNSF RAILWAY COMPANY is Defendant.

2. On June 21, 1010 Plaintiff sued Defendant.

3. Plaintiff moves to dismiss this suit.

4. Defendant, who has answered, agrees to the dismissal.

5. This case is not a class action, and a receiver has not been appointed.

6. This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

7. Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

8. Each party is to bear its own costs.

APPROVED TO FORM:

By: *[signature]*

Robert M. Tramuto
JONES , GRANGER,
TRAMUTO & HALSTEAD
State Bar No. 20186300
10000 Memorial, Suite 888
P.O. Box 4340
Houston, Texas 77210
713/668-0230
713/956-7139

James G. Wilcoxen
OBA: 9605
Wilcoxen & Wilcoxen
112 North Fifth Street
Muskogee, Oklahoma 74402
918/683-6696
918/682-8605

ATTORNEYS FOR PLAINTIFF

*[signature]*

George Mullican
GIBBS, ARMSTRONG, BOROCHOFF,
MULLICAN & HART, P.C.
601 South Boulder Avenue, Suite 500
Tulsa, Oklahoma 74119
918/587-3939
918/528-5504

ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA
MUSKOGEE DIVISION

| | |
|---|---|
| VIRGIL L. BONHAM, JR. | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § |
| | § C. A. CIV 10-218-FHS |
| BNSF RAILWAY COMPANY, | § |
| | § |
| Defendant. | § |

## ORDER APPROVING STIPULATION FOR DISMISSAL

On this ____ day of _____, 2011 came on to be considered the Stipulation for Dismissal according to Federal Rule of Civil Procedure 41(a)(1)(ii), between Plaintiff, VIRGIL L. BONHAM, JR. and Defendant, BNSF RAILWAY COMPANY without prejudice. The Court after considering the Stipulation of the parties, does hereby Dismiss the above-styled case without prejudice, with each party to bear its own costs.

SIGNED THIS ____ day of _____, 2011

_____
HONORABLE FRANK SEAY